NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EVERTON HINDS,                          )
                                        )
              Appellant,                )
                                        )
v.                                      )          Case No. 2D17-3586
                                        )
STATE OF FLORIDA,                       )
                                        )
              Appellee.                 )
                                        )

Opinion filed October 25, 2017.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Lee County; Ramiro Manalich, Judge.

Everton Hinds, pro se.

PER CURIAM.

        Affirmed without prejudice to any right Hinds might have to file a timely

and sufficient petition for belated appeal pursuant to Florida Rule of Appellate

Procedure 9.141(c).

NORTHCUTT, BLACK, and BADALAMENTI, JJ., Concur.